**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00675-CV

**RUTH TORRES, Appellant**

**V.**

**DALLAS/FT WORTH INTERNATIONAL AIRPORT, MARIE DIAZ, MARK GALVAN, AND PURSUIT OF EXCELLENCE, INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08711**

## ORDER

Before the Court is appellee Dallas/Fort Worth International Airport Board's motion to supplement brief. Appellee explains it seeks to add citation references on pages 25 and 27 that were "left blank" because the supplemental clerk's record containing the documents cited on those pages was filed after the brief.

We construe the motion as a motion to amend the brief. We **GRANT** the motion to the extent we **STRIKE** appellee's September 13, 2018 brief and **ORDER** an amended brief be filed no later than October 11, 2018.

/s/    DAVID EVANS
        JUSTICE